

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MOODY JR.,<br>Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 18-CV-1887 |
| MICHAEL BOLAND,<br>Defendant. | : <br> : |

**ORDER**

AND NOW, this 22nd day of June, 2018, upon consideration of Plaintiff Joseph Moody Jr.'s Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Complaint (ECF No. 2), his Praecipe to Attached and Exhibits (ECF Nos. 4 & 5), and his Notice (ECF No. 7) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Moody's Complaint is **DISMISSED** for lack of standing in accordance with the Court's Memorandum.

3. Moody may file an amended complaint in the event that he can provide a basis for standing to pursue his claims. Any amended complaint shall be a complete document that does not rely on prior pleadings or documents to state a claim, and which states the basis for Moody's standing to raise claims as a beneficiary of the Enoch Azeez Aleem Bey Foundation Trust.

4. If Moody fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

JUAN R. SANCHEZ, J.

FILED JUN 22 2018
KATE BARKMAN, Clerk
By_____ Clerk