# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH MOODY JR.,** Plaintiff, | |
| v. | **CIVIL ACTION NO. 18-CV-1887** |
| **MICHAEL BOLAND,** Defendant. | |

## ORDER

FILED JUL 3 0 2018 KATE BARKMAN, Clerk By_____ Dep. Clerk

AND NOW, this 30th day of July, 2018, upon consideration of Plaintiff Joseph Moody Jr.'s Amended Complaint (ECF No. 10) and "Pracipe to Attached" (ECF No. 11) it is

**ORDERED** that:

1. Moody's Amended Complaint is **DISMISSED** for lack of standing in accordance with the Court's Memorandum. Moody may not file a second amended complaint.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

JUAN R. SANCHEZ, J.